UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB JOSEPH SIMMONS, | Case No. 21-cv-03125-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MAGUIRE CORRECTIONAL FACILITY, et al., | |
| Defendants. | |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/21/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge